JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CRIM 023

- - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| - v. - | : | 08 Cr. |
| MICHAEL MALINOWSKI,<br>  a/k/a "StormWarnings2@aol.com," | : | |
| | : | |
| Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

COUNT ONE

The Grand Jury charges:

On or about August 27, 2007, in the Southern District of New York and elsewhere, MICHAEL MALINOWSKI, a/k/a "StormWarnings2@aol.com," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate and foreign commerce child pornography by any means, including by computer, to wit, MALINOWSKI sent at least two images consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MICHAEL MALINOWSKI,
a/k/a "StormWarnings2@aol.com,"

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2252A(a)(1).)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*   1/4/08

Foreperson.

---

1/4/08 Filed Indictment. Case assigned to J. Lynch.

Pitman
U.S.M.J.