# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA
-vs-
MICHAEL
MALINOWSKI

Date: 2/13/08
Docket No: 08CR 23(GEL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

DEFENDANT ADVISED OF HIS RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:
CARRIE HEATHER COHEN
(212) 637-2264

FOR THE DEFENDANT(S):
SABRINA SHROFF
(212) 417-8713

BAIL DISPOSITION:
DEFT'S APPLICATION FOR BAIL IS DENIED. DETENTION ORDERED CONT'D.

SIGNED BY: _____, U.S.D.J.
THE HON. GERARD E. LYNCH

PSA OFFICER: _____
INTERPRETER: _____