UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - v -

MICHAEL MALINOWSKI,

        Defendant.
------------------------------------------------------------x

08 Cr. 23 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

GERARD E. LYNCH, District Judge:

        By letter dated March 12, 2008, with the Government's consent, defendant seeks to extend the current schedule for trial. Defendant consents to the exclusion of time under the Speedy Trial Act until the commencement of trial. As this adjournment is sought to allow the defendant better to prepare his defense and to pursue a possible disposition, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that:

1. Trial, previously scheduled to begin on April 7, 2008, will begin on June 2, 2008, and will continue until June 5, 2008.

2. The time from March 18, 2008, until June 2, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
      March 18, 2008

                                                            GERARD E. LYNCH
                                                     United States District Judge