UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        - v -

MICHAEL MALINOWSKI,

              Defendant.

------------------------------------------------------------x

08 Cr. 23 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Government and defendant jointly request an adjournment of the June 2, 2008, trial date in order to have the Government's psychiatric expert evaluate defendant. For the reasons stated on the record before the parties on May 19, 2008, it is hereby ORDERED that:

1. Trial, previously scheduled to begin on June 2, 2008, will begin on August 18, 2008, and will continue until August 21, 2008.

2. The parties' pretrial papers, previously due by May 20, 2008, are now due by August 4, 2008.

3. The pretrial conference, previously scheduled for May 21, 2008, is adjourned until August 15, 2008, at 2:30 p.m.

4. The time from May 19, 2008, until August 18, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
       May 19, 2008

                                      GERARD E. LYNCH
                                      United States District Judge