UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :    08 Cr. 23 (GEL)
                                    :
           - v. -                   :    ORDER
                                    :
MICHAEL MALINOWSKI,                 :
                                    :
           Defendant.               :
                                    :
- - - - - - - - - - - - - - - - - -X

**GERARD E. LYNCH, U.S. DISTRICT JUDGE**

It is hereby:

ORDERED that Dr. Barry Rosenfeld, a licensed psychiatrist, be permitted access to Defendant Michael Malinowski, who currently is incarcerated at the Manhattan Detention Center, in order to submit to a psychiatric examination.

SO ORDERED.

_____
GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE

DATED:   New York, New York
         June 18, 2008

*USDSDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/18/08*