```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :    INDICTMENT

          - v. -                    :    S1 08 Cr. 023 (GEL)

MICHAEL MALINOWSKI,                 :
  a/k/a "StormWarnings2@aol.com,"
                                    :
               Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
AUG 0 6 2008

COUNT ONE

The Grand Jury charges:

1.   On or about August 27, 2007, in the Southern District of New York and elsewhere, MICHAEL MALINOWSKI, a/k/a "StormWarnings2@aol.com," the defendant, unlawfully, willfully, and knowingly, did mail, transport, and ship in interstate and foreign commerce child pornography by any means, including by computer, to wit, MALINOWSKI sent at least two images consisting of child pornography from a computer outside of New York via the Internet to the e-mail account of an undercover law enforcement officer in the Bronx, New York.

(Title 18, United States Code, Section 2252A(a)(1).)

COUNT TWO

The Grand Jury further charges:

2.   From on or about January 29, 2006, up to and including on or about December 6, 2007, in the District of Arizona and elsewhere, MICHAEL MALINOWSKI, a/k/a "StormWarnings2@aol.com," the defendant, unlawfully, willfully,

and knowingly did receive and attempt to receive child pornography that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, MALINOWSKI downloaded images of child pornography via the Internet to his computer located in Arizona.

(Title 18, United States Code, Section 2252A(a)(2).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MICHAEL MALINOWSKI,
a/k/a "StormWarnings2@aol.com,"

Defendant.

**INDICTMENT**

08 Cr.

(18 U.S.C. §§ 2252A(a)(1) and 2252A(a)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.